UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RONALD J. MULDER,

Plaintiff,

v.

JAMES DZURENDA, et al.,

Defendants.

Case No. 2:26-cv-01591-RFB-EJY

**ORDER**

Pending before the Court is Plaintiff's Complaint filed on March 26, 2026.  ECF No. 1-1.  Plaintiff neither paid the $405 filing fee nor filed an application to proceed *in forma pauperis* ("IFP"), one of which is necessary to commence a civil action in federal court.  If Plaintiff wants to proceed without prepaying the filing fee he may do so under 28 U.S.C. § 1915(a)(1) and the U.S. District Court for the District of Nevada Local Rule LSR 1-1.  In the absence of Plaintiff's payment of the filing fee or an IFP application that is granted, the Court will not consider Plaintiff's Complaint.

Accordingly, IT IS HEREBY ORDERED that no later than **June 29, 2026** Plaintiff must pay the $405 filing fee or file a complete Application to Proceed *in forma pauperis* by a non-prisoner.

IT IS FURTHER ORDERED that the Clerk of the Court **must** send Plaintiff the Application to Proceed *in forma pauperis* by a non-prisoner and the instructions for completing the same.

IT IS FURTHER ORDERED that the Court will retain Plaintiff's Complaint (ECF No. 1-1) but will not file it at this time.

IT IS FURTHER ORDERED that failure to comply with this Order will result in a recommendation to dismiss this matter in its entirety without prejudice.

Dated this 29th day of May, 2026.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE